

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-22-00158-CR

Clarence Edward **LIPPERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The State's appellee's brief is due October 10, 2022.  On October 5, 2022, the State filed a motion requesting a sixty-day extension of time.

The motion is GRANTED and the State is ORDERED to file its brief **no later than December 9, 2022.  Further requests for an extension of time will not be granted absent extraordinary circumstances.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court